## UNITED STATES PRETRIAL SERVICES AGENCY
Eastern District of New York

MEMORANDUM

**DATE:**     July 22, 2013

**TO:**       Honorable Vikor V. Pohorelsky
              United States Magistrate Judge

**RE:**       **Elkan Barak Durham**
              **Docket # 1:14-655M-14**
              **Notification of Positive DrugTest**

The above-named defendant was arrested by Homeland Security agents on July 15, 2014, and charged with Importation of Cocaine, in violation of 21 U.S.C. 952. He made his initial appearance before Magistrate Judge Robert M. Levy and was released on a $50,000 bond co-signed by one financially responsible surety with the following conditions: travel restricted to New York State and New Jersey; surrender passport and do not reapply; report to Pretrial Services as directed; random home and employment visits by Pretrial Services; and random drug testing and/or treatment as directed by Pretrial Services.

We are now writing to inform Your Honor that the defendant provided a urine specimen on July 17, 2014, which tested positive for Marijuana. Due to the defendant's disclosure of recent drug use prior to his bail interview, Pretrial Services was aware that it was likely the defendant's urine test would yield positive results.

We are not requesting any action by the court at this time. Pretrial Services will continue to test the defendant randomly and continue to closely supervise the defendant. Both the Assistant U.S. Attorney and defense counsel have been made aware of this matter. Should Your Honor have any questions or concerns, please do not hesitate to contact the undersigned at extension 2177.

Prepared by:                                   Approved by:

              Ivettelis Perez                                Andrew Prozeller
         U.S. Pretrial Services Officer                 Supervising Pretrial Services
                                                        Officer

cc :   AUSA Margaret Lee
       Defense Counsel Michael Weil